

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00117-CR

**EX PARTE** Luis Enrique **PINA-MARQUEZ**

From the County Court, Kinney County, Texas
Trial Court No. 13227CR
Honorable Molly Francis, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED August 19, 2025.

_____
Lori I. Valenzuela, Justice